## Fourth Department, June, 1936.

The County of Steuben, by Its Board of Supervisors, Petitioner, Respondent, v. Fern Allen, as Administratrix, c. t. a., etc., of Hiram Hallock, and as Executrix, etc., of L. Pearl Hallock, and Individually, Appellant, and Others, Defendants.— Judgment affirmed, with costs. All concur. (The judgment directs condemnation of land for reconstructing a State highway.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

Thomas H. Dowd, Respondent, v. The State of New York, Appellant. (Claim No. 19617.) — Judgment affirmed, with costs.   All concur.   (The judgment awards damages for work performed under a highway construction contract.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

Richard A. Plouff, Respondent-Appellant, v. Stanley S. Herman, Respondent-Appellant, and Germaine Ernest Thomas, Appellant.— Judgment and order as to defendant Thomas affirmed, with costs.   Order granting new trial as to defendant Herman affirmed, without costs.   Order denying defendant's motion on the minutes made after verdict to dismiss the complaint affirmed, without costs, on the ground that the court had no jurisdiction to grant the motion at the time it was made.   All concur.   (The judgment awards damages against defendant Thomas in an automobile negligence action and one order denies a motion for a new trial on the minutes as to that defendant; a second order sets aside the verdict and grants a new trial as to the defendant Herman; a third order denies motion of defendant Herman for dismissal of the complaint.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Teresa Palmisano, Respondent, v. Metropolitan Life Insurance Company, Appellant.— Judgment affirmed, with costs.   All concur.   (The judgment is for plaintiff in an action upon life insurance policies.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

Thomas F. Sherlock and Marie Sherlock, Respondents, v. Mary Rypski, Also Known as Mary Ripski, Appellant,— Judgment affirmed, with costs.   All concur.   (The judgment declares plaintiffs to be owners of land in dispute.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

George G. Estes, Appellant, v. Fred J. Slater and Another, Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that the evidence presented issues of fact as to the negligence of the defendants and the contributory negligence of the plaintiff. All concur, except Edgcomb and Lewis, JJ., who dissent and vote for affirmance. (The judgment dismisses the complaint in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

Mary Estes, Appellant, v. Fred J. Slater and Another, Respondents.— Same decision and like cause of action as in companion case last above.   Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

In the Matter of the Application for Letters of Administration on the Goods, Chattels and Credits Left Unadministered of Hollister E. Hessler, Deceased. — Order affirmed, with ten dollars costs and disbursements.   All concur.   (The order dismisses a petition for letters of administration.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.